CRAIG WILKE (150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, California 92832-1901
Telephone (714) 870-8900
Facsimile  (714) 879-2278

Attorney for
HOANG XUAN LE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>HOANG XUAN LE,<br><br>Defendant. | Case No. 8:20-CR-0002-DOC<br><br>**JOINT PROPOSED PRELIMINARY INSTRUCTIONS AND STATEMENT OF THE CASE**<br><br>Trial Date:  November 1, 2021<br>Trial Time:  8:30 a.m. |

The parties hereby submit joint proposed preliminary instructions and a statement of the case to be given to the venire on November 1, 2021, prior to the reading of the redacted indictment and the distribution of the juror questionnaire.

Respectfully submitted,

Dated:  October 6, 2021

/s/
CRAIG WILKE
Attorney for Defendant

TRACY WILKISON
Acting United States Attorney

Dated:  October 6, 2021        By:      /s/
GREGORY SCALLY
Assistant United States Attorney

**PRELIMINARY INSTRUCTION NO. 1**

This is a criminal case brought by the United States government. The charges against the defendant Hoang Le are contained in the indictment. The indictment simply describes the charges the government has brought against the defendant. The indictment is not evidence and does not prove anything.

# PRELIMINARY INSTRUCTION NO. 2

The defendant is charged in Count One of the indictment with first-degree premeditated murder in the special maritime and territorial jurisdiction of the United States in violation of section 1111 of title 18 of the United States Code. Count One alleges that, on or about October 15, 2019, in the Pacific Ocean off the coast of Orange County, California, the defendant willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed Tri Dao by shooting him and throwing him into the Pacific Ocean.

The defendant is charged in Count Two of the indictment with conspiracy to commit murder within the special maritime and territorial jurisdiction of the United States in violation of section 1117 of title 18 of the United States Code. Count Two alleges that, beginning on an unknown date and continuing to on or about October 15, 2019, the defendant knowingly, willfully, and unlawfully conspired with Sheila Marie Ritze to murder Tri Dao.

The defendant is charged in Count Three of the indictment with using a firearm to commit murder in violation of section 924(c)(1)(A)(i) of title 18 of the United States Code. Count Three alleges that, on or about October 15, 2019, the defendant knowingly used, carried, possessed and discharged a firearm during and in relation to the first-degree premeditated murder of Tri Dao as charged in Count One.

**PRELIMINARY INSTRUCTION NO. 3**

The defendant has pleaded not guilty to the charges and contends that he acted in self-defense. The defendant is presumed innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant has the right to remain silent and never has to prove innocence or present any evidence.

# PRELIMINARY INSTRUCTION NO. 4

If you are selected as a juror in this case, you must keep an open mind throughout the trial and not decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

You must also decide this case based only on the evidence received in the case and on my instructions as to the law that applies, and you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty. Thus, until the end of the case or unless I tell you otherwise, you must follow these rules:

First, do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it. This restriction includes discussing the case in person, in writing, by phone, tablet, or computer, or any other means, via email, via text messaging, or any Internet chat room, blog, website or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, TikTok, or any other forms of social media. This restriction also applies to communicating with your fellow jurors until I give you the case for deliberation, and it applies to communicating with everyone else including your family members, your employer, the media or press, and the people involved in the trial, although you may notify your family and your employer that you have been seated as a juror in the case, and how long you expect the trial to last. But, if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter. In addition, you must report the contact to the court.

(Page 1 of 2)

Second, because you will receive all the evidence and legal instruction you properly may consider to return a verdict, do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved -- including the parties, the witnesses or the lawyers -- until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court. Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process. If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete or misleading information that has not been tested by the trial process. Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial. Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings. If any juror is exposed to any outside information, please notify the court immediately.

## PRELIMINARY INSTRUCTION NO. 2

Today, you will be completing a written juror questionnaire. The purpose of this questionnaire is to help the Court and the attorneys select a fair and impartial jury in this case. Your answers are confidential and will not be released to the public or media. Your answers will be reviewed only by the Court and the attorneys.

There are no right or wrong answers. Answer all questions fully and completely. If a question asks for a description or explanation, provide as much detail as possible. By doing so, neither the Court nor the attorneys will need to ask you for an explanation in open court.

Answer all questions on every page. If the question does not apply to you, write "N/A." If you need more space for your answer, use the lined page at the end of the questionnaire and note the question number to which you are responding. Do not write on the reverse side of any page. Write legibly in blue or black ink. Write your name at the top of each page.

Do not assume anything about this case or make any inferences based on the questions. Do not discuss this case or this questionnaire with anyone, including your family, friends or fellow jurors. Your answers must be your own.

Your answers to the questions are under oath. Once you have completed the questionnaire, you must sign and date attesting under penalty of perjury that your answers are true and correct. Return your completed questionnaire to the Jury Clerk before you leave today and return to court on Monday, November 8, 2021, at 8:30 a.m.