[Beginning of recording 00:00:00]

TONY: [UI].

WAYNE: I'm fine. No one's picking me up yet, so.

TONY: No one?

WAYNE: No one. Nobody said anything, cause uh you know. They want me to stay out because I collect money for them.

TONY: Yeah.

WAYNE: I work for the house.

TONY: Yeah.

WAYNE: So.

TONY: So the fuck!

WAYNE: If I go in then he loses 500,000.

TONY: Oh.

WAYNE: You know? Cause I'm his debt collector.

TONY: Oh.

WAYNE: I have-I'm the only one that has access to this motherfucker that-I know who Tony is.

TONY: Yeah.

WAYNE: You know?

TONY: Oh.

WAYNE: I know you cause I see you. Right?

TONY: Yeah.

WAYNE: He don't know who the fuck Tony is. There's a he... and I'm the only access to the other motherfucker that owes him 300,000.

TONY: Oh. Fuck.

WAYNE: So. He's protecting me.

TONY: Yeah.

WAYNE: Because well, I- don't matter to me, this is just vacation for me.

TONY: Yeah.

WAYNE: I ain't, fuck that-I don't give a fuck. I just get high every day. Same shit.

TONY:     What the fuck.

WAYNE:    Just no pussy.

TONY:     Why no pussy?

WAYNE:    No pussy in there.

TONY:     Oh.

WAYNE:    Right?

TONY:     You can't bring girls in?

WAYNE:    Tsk! Here is okay I don't want...

TONY:     Oh.

WAYNE:    The fun house, you know?  Okay, so this is not work, I'll just give them back.

TONY:     Oh.

WAYNE:    And then, the white thing, I've gotta go with you, for a little bit-[OV]

TONY:     Yeah.

WAYNE: I'm not gonna-I don't wanna meet him either, I don't give a fuck, but you know?

TONY: Yeah, yeah. Yeah.

WAYNE: That's the price, so fuck, you know? I make 50 bucks each one, so I split it with you.

TONY: Oh.

WAYNE: I don't make a lot, I just make a little, little, little and it adds up-.

TONY: I know, for 50 bucks I ain't carry around fuckin' two ounces and shit, fuck that, you know.

WAYNE: Exactly! That's my world, that's what I'm trying to tell you, I split-split-the money with you. I make a hundred.

TONY: Oh.

WAYNE: I split with you, that's how I make my money. But I don't rely on only you because I have other people.

TONY: Yeah.

WAYNE: So I make 200-300 a day only.

TONY: Yeah.

WAYNE: That's how I make my money. I'm not greedy.

TONY: Yeah.

WAYNE: Right?

TONY: You let me hold this, but you only trust me with two ounces. What the fuck?

WAYNE: It's a different work for me, you know all this shit.

TONY: Oh.

WAYNE: Grass is different cause it-it's a-cause they have my shit and I have to do their shit, you know?

TONY: Oh.

WAYNE: It's a tradeoff. [OV] The guy-the guy--

TONY: No but I tell you, you know if-if I seeing that and it's not good, I'll tell you right away, hey it-

WAYNE: Exactly. And then this is the best I've got. [OV]

TONY: You know what I mean?

WAYNE: Yeah.

TONY: And I tell you, you know me, fuckin'-

WAYNE: I know what's-

TONY: You know me [UI].

WAYNE: The grass, as you know, the white thing.

TONY: Yeah.

WAYNE: Everyone's different. And then my guys, it's easy, the white thing, it's right away.

TONY: Yeah.

WAYNE: They don't have and-you don't either-they don't have that option.

TONY: Yeah.

WAYNE: If you like it or not then I'll get it back right away, I don't need to put-he doesn't need to put that much in your hands.

TONY: Yeah.

WAYNE: That's why I said --you see, all he has to do is the eight ball. Then he know who you are. Cause I'm not the second-I'm not the fuck or third [UI]

TONY: Okay next week uh the homies from Atlanta is coming.

WAYNE: Mm-hm.

TONY: And, they're pretty big too, so they're looking for like uh 400-500 packs.

WAYNE: Oh fuck. Goddamn. Okay.

TONY: Okay, so keep that in mind-

WAYNE: We're now vendors.

TONY: Huh?

WAYNE: But they wanna verify funds too as well.

TONY: Yeah.

WAYNE: Those-those guys talk big. I-I know-I know people in Atlanta too.

TONY: Yeah.

WAYNE: Any motherfuck come out here, are little guy.

TONY: These guys -I, I was [UI] by my shit. So, I don't need.

WAYNE: Yeah I just want-- I wanna make sure that you don't get fucked over, that we're not trying to fuck each other or you know?

TONY: Well, let-let them see the samples only, you understand?

WAYNE: Yeah. And make sure they have cash to spend.

TONY: Of course.

WAYNE: Yeah, just make sure-

TONY: They don't come out for nothing, they don't come out for fucking partnership

WAYNE: I understand, cause I have other people like fuck man-I've been cheated. I almost, I don't get cheated, okay?

TONY: Yeah, yeah.

WAYNE: I can see shit because I know a little bit-something, cause it doesn't add up right. Half these motherfuckers don't have money to buy me pho and shit, the fuck [n-word]!

TONY: Wow.

WAYNE: You feel me?

TONY: Yeah.

WAYNE: Last time, I fucked with Russian mafia, motherfucker pulls up with a Prius, get the fuck out of here homeboy.

TONY: Oh. No, I'm not going to play like that. Fuck.

WAYNE: Me? Come on, I'm not greedy, I'm very-I share with my boys and I tell you what I know, so we're not fucked over, I try to protect us, that's it.

TONY: Oh.

WAYNE: That's where I-I'm at, right?

TONY: Fuck.

WAYNE: I'm not the best, I'm okay, I'm okay at getting by.

TONY: Yeah.

WAYNE: I'm not fucking super rich, that's why I have fucking hundred-dollar bills and not fucking dollar bills and 20.

TONY: Yeah.

WAYNE: That's it. Hey man, I just bought this back there.  I guess

TONY: No. Okay.

WAYNE: [UI] back.

TONY: Okay homie. When you have the other things, call me.

WAYNE: The white thing, [UI] has no taste. [UI].

TONY: Oh.

WAYNE: [UI]. It might be cold.

TONY:   No, If I-if I bring to them, fuck, I'm going to give two-- I'm going to tell them two ounces then it will be two ounces.  No problem.  Do you understand?

WAYNE:   Yeah but ask first and find out whether they are going to use it or sell it?

TONY:   Oh, he uses.  This guy uses a lot.

WAYNE:   If it's for him to use, then sell him at a higher price.  [UI] This is-this is [UI].  You know.  If it's for him to use, I'll sell it for 13-1,400.

TONY:   Oh yeah?

WAYNE:   Yeah.  This is-is--

TONY:   They're still my homies, you understand?

WAYNE:   is 1,300. Those guys are-These are the guys that work for me, they sell.  A ball is 180-200, per ball.  I'm telling you there's eight, you know, eight balls [UI].

TONY:   Yeah.

WAYNE:   You make 1,600, but you gotta make your money, that's the-their leeway.

TONY:   Yeah.

WAYNE:   You can make 15 to 4500, per every ounce [UI].

TONY:   [UI].

WAYNE: You put in a 1,000, you make four hundred every week. [UI] like I-they sell 2-300-uh, two three ounces per week. They make 800 a week, stay home like me, right? They make more than I make, you know? I'm serious.

TONY: Have a good night, bye bro.

WAYNE: Bye Bro.

[End of transcription]