WAYNE:Check time on other people.  Oh, I have all my tools, I don't [UI] all my tools.

TONY:    Yeah.

WAYNE:This one is to check for bugs, for following people

TONY:    Uh.

WAYNE:I have all the machines to follow people for a whole month, almost. I know where you go-

TONY:    [OV] You got G.P.S.?

WAYNE:Yeah-

TONY:    [OV] You hook it up to the car?

WAYNE:Yeah, I have G.P.S. . . .  my G.- uh-

TONY:    [UI] How much is this piece?

WAYNE:This is something else.  This is to find it.