TONY: Help you find it.

WAYNE: My GPS look like this. What this is my GPS, right here. Put your sim card in, make it work.

TONY: That's it?

WAYNE: Yup. Following people.

TONY: Did you stick it in the car?

WAYNE: Because - no, look I can stick it, I stick it in the backseat.

TONY: Yeah.

WAYNE: I, I just I stick it outside your [UI] this is. I stick it on your bumper.