TONY: So what else is new?

WAYNE: Huh? What else what?

TONY: What else is new?

WAYNE: New?

TONY: You always have something new.

WAYNE: Yeah, the Coast Guard came to my house earlier.

TONY: Huh?

WAYNE: The Coast Guard.

TONY: The Coast Guard?

WAYNE: Yeah they asked me a question if I knew somebody that went missing. Said I don't know really.

TONY: What the fuck.

WAYNE: That's about it.

TONY: The Coast Guard? Why would-

WAYNE: How could they find anybody, they, they're two months ago.

Exhibit 73A
1 of 4

TONY: Oh-oh, oh, oh, about that dude?

WAYNE: Yeah.

TONY: Oh, shit.

WAYNE: That's about it.

TONY: They came to your house? That's crazy. Why are they questioning you? Oh-oh.

WAYNE: The wife.

TONY: Huh?

WAYNE:The wife.

TONY: Oh the wife.

WAYNE: Yeah. The bitch do that. I'll check her later tonight.

TONY: Huh?

WAYNE: I'll check her later too.

TONY: You're gonna check her later? You know, sure it was the wife?

WAYNE: I know.

TONY: Not the, not the brother?

WAYNE: No, the brother don't care.

TONY: Huh?

WAYNE: The brother don't care.

TONY: Oh.

WAYNE: The brother is just mad that he lost his forty thousand elsewhere.

TONY: That's crazy. You gotta be more careful fool. Shit.

WAYNE: I am. I don't know why-what happened because uh she promised me 500,000, [UI] 500 and she better give me my hundred thousand as promised.

TONY: Oh so you collected a hundred thousand already?

WAYNE: I haven't collected shit yet from her.

TONY: You saying that you gave her a hundred thousand.

WAYNE: She's supposed to give me, cause she couldn't order in.

TONY: Oh.

WAYNE: Yeah the bitch couldn't order in so pay me.

TONY:   Yeah. You know there's gonna be no- more knocks on your door, right?

WAYNE:   Huh? It doesn't matter. They don't have, they don't know, they don't have much of a story.

TONY:   Oh thank you homie.  Oh, it looks delicious.