TONY: I'm still blown away that they came to your house.

WAYNE: You what?

TONY: I'm blown away that they came to your house.

WAYNE: Do you know who this person is? Natalie?

TONY: They asked for the wife's name? They told you?

WAYNE: She's the one that said the last person he was with was Wayne.

TONY: What?

WAYNE: Yo that's creepy.

TONY: You know your ass is being investigated.

WAYNE: I'm clean. Proof.

TONY: Huh?

WAYNE: Proof.

TONY: You sure that motherfucker is gone? You sure? What if he fuckin' pops up? There's no chance?

WAYNE: You have a twin brother?

TONY: Huh?

WAYNE: You have a twin brother?

TONY: Hey you know everybody has a twin in the world, you know?

WAYNE: Yeah. So if your twin, if you know your twin brother's alive right here next to you then I guess. But other than that. That's the story, is there a chance? No.

TONY: You know better than me fool.

Exhibit 75A