```
22   TONY:    Remember we went to Spectrum you told me a
23   story.   Fuckin' what's his name? Which guy?
24   WAYNE:   Okay? Which one?
25   TONY:    The one you-you were telling me when we were in
00004:01 the car.
02   WAYNE:   I forget which one.  You gotta remind me I'm
03   doing
04   TONY:    Okay, Sean [PH]-Sean's [PH] friend?
05   WAYNE:   Uh-huh.
06   TONY:    I don't know his name.  What's his name?
07   WAYNE:   Ok why? This Sean [PH] right here?
08   TONY:    Huh?
09   WAYNE:   This Sean [PH] right here?
10   TONY:    No the ugly Sean [PH], fucker
11   WAYNE:   Oh okay, okay. [OV]
12   TONY:    Yeah [OV]
13   WAYNE:   Mhm.
14   TONY:    You know, fucking-since you're still out,
15   fuckin', means you got away with shit.  You know what
16   I mean? Fuckin'-
17   WAYNE:   Mhm.
```