# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – TRIAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 20-00002-(B)-DOC | Date | December 10, 2021 |
| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | n/a | | |

| Karlen Dubon | Court Smart | Gregory Scally<br>Gregory Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hoang Xuan Le | X | X | | Craig Wilke, CJA | X | X | |
| | | | | Sheila Sarah Mojtehedi | X | X | |

___ Day COURT TRIAL 17th Day JURY TRIAL ___ Death Penalty Phase

___ One day trial; ___ Begun (1st day); ___ Held & continued; X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ___

___ Witnesses called, sworn and testified.

___ Exhibits identified ___ Exhibits admitted

___ Government rests. ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

X Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied X submitted

___ Closing arguments made ___ Court instructs jury ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused ___ Jury retires to deliberate X Jury resumes deliberations

___ Finding by Court as follows: X Jury Verdict as follows:

Dft #1 X Guilty on count(s) One through Three ___ Not Guilty on count(s)

X Jury polled: On count 1 only. ___ Polling waived

X Filed Witness & Exhibit lists X Filed Jury notes X Filed Jury Instructions X Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

___ Dft # ___ remanded to custody. ___ Remand/Release# ___ issued. ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to ___ for further jury deliberations.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

X Other: Jury Note #5 received – Verdict.
The Court grants defendant's request to extend time to file renewed FRCrP 29 Motion and Motion for New Trial, extended to February 28, 2022. Status Conference scheduled for February 28, 2022 at 1:30 PM.

: 19

Initials of Deputy Clerk kdu