**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

\- - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HOANG XUAN LE, also known as Wayne, *also known as Wangsta*,<br>Defendant. | **CERTIFIED**<br>No. 8:20-CR-00002-DOC<br>Day 16 |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial

Santa Ana, California

Thursday, December 9, 2021

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**APPEARANCES OF COUNSEL:**

FOR THE UNITED STATES OF AMERICA:

DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES ATTORNEY
BY: Gregory Shepherd Scally
Assistant United States Attorney
411 West 4th Street
8th Floor
Santa Ana, California 92701
714-338-3592
gregory.scally@usdoj.gov

DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES ATTORNEY
BY: Gregory Staples
Assistant United States Attorney
411 West 4th Street
8th Floor
Santa Ana, California 92701
714-338-3535
greg.staples@usdoj.gov

FOR DEFENDANT HOANG XUAN LE:

Craig Wilke (CJA appointed)
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832
714-870-8900
craig@craigwilkelaw.com

Sheila Sarah Mojtehedi (CJA appointed)
LAW OFFICE OF SHEILA MOJTEHEDI
806 East Avenida Pico, Suite I-291
San Clemente, CA 92673
323-412-0472
sheila@mojtehedi.com

ALSO PRESENT:

Austin Casey, Special Agent, Coast Guard

**I N D E X**

| PROCEEDINGS | PAGE |
|---|---|
| JURY TRIAL - DAY 16 | |
| Formal evening admonishment of the jury | 4 |

**SANTA ANA, CALIFORNIA, THURSDAY, DECEMBER 9, 2021**

**Day 16**

(4:13 p.m.)

04:13 *(In the presence of the jury.)*

04:13 THE COURT: Good evening. The jury's present. The alternates are present, all counsel, the investigating agents.

04:13 **FORMAL EVENING ADMONISHMENT**

04:13 THE COURT: Once again, a formal admonishment as we depart this evening:

04:13 You're admonished not to discuss this matter any further, nor to form or express any opinion concerning this case until you reassemble tomorrow.

04:13 What time will you reassemble tomorrow morning?

04:14 JURY FOREPERSON: 8:30 tomorrow morning.

04:14 THE COURT: We'll see you at that time.

04:14 Please drive safely.

04:14 *(Jury adjourns for the evening.)*

04:14 *(Outside the presence of the jury.)*

04:14 THE COURT: All right.

04:14 Then, Mr. Wilke, will you check to make certain your client's dressed-out again.

04:14 MR. WILKE: Yes, Your Honor.

04:14 THE COURT: I mean, every day it's been perfect, but just to be sure.

04:14 MS. MOJTEHEDI: Yes, Your Honor.
04:14 THE COURT: Counsel, anything further?
04:14 MR. SCALLY: No, Your Honor. Thank you.
04:14 THE COURT: Great.
04:14 MR. WILKE: Nothing further. Thank you.
04:14 THE COURT: All right.
04:14 *(Proceedings adjourned at 4:14 p.m.)*
04:14 -oOo-
04:14

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held telephone in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: January 13, 2022

/s/ Debbie Gale

DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR, CCRR