UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00002-(B)-DOC-1  Date: April 26, 2023

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Court Smart | Gregory Scally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) HOANG XUAN LE | X | X | | Criag Wilke, CJA | X | X | |
| | | | | Shelia Mojtehedi | X | X | |

**PROCEEDINGS:** MOTION FOR ACQUITTAL AND ALTERNATIVE MOTION FOR NEW TRIAL FILED BY DEFENDANT HOANG XUAN LE [438]

Case is called. The Court and counsel confer.

The Court hears arguments.

Motion is taken under submission.

The Court's written order to issue.

1 : 32

**Initials of Deputy Clerk** kdu